**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

In re: Referral of cases to the
Honorable Donald E. Walter,                **REFERRAL ORDER**
Senior District Judge, Western District
of Louisiana

     Due to the number of motions now pending in the Northern District of New York, the Second Circuit Council has authorized the Honorable Donald E. Walter to sit by designation in the Northern District of New York. The following cases have been referred to Judge Walter for disposition by trial and/or motion:

| | | |
|---|---|---|
| 1) | 9:01-cv-1284 (NAM/DEP) | Lake v. Schoharie County, et al |
| 2) | 9:02-cv-852 (FJS/GHL) | Hamilton v. Guzman, et al |
| 3) | 1:03-cv-622 (GLS/RFT) | Farmington Casulty, v. Waterpik Tech. |

**IT IS SO ORDERED.**

May 9, 2005
Syracuse, New York

Frederick J. Scullin, Jr.
Chief United States District Court Judge