===========================================================================

***** UNITED STATES DISTRICT COURT *****

_NORTHERN_ DISTRICT OF _NEW YORK_

**JUDGMENT IN A CIVIL CASE**

**DOCKET NO.**   9:01cv1284 (DEW/DEP)

**BYRON LAKE,**

      **Plaintiff(s),**

**THE COUNTY OF SCHOHARIE, THE COUNTY OF SCHENECTADY, W.J. DUKE DUFRESNE, Individually and as an Employee of the County of Schenectady, PRISON HEALTH SERVICES, INC., EMSA CORRECTIONAL CARE, AMERICA SERVICE GROUP, INC., and PHYLLIS HARRISON, Individually and as an Employee of EMSA Correctional Care, America Service Group, Inc. and Prison Health Services, Inc.,**

      **Defendant(s).**

__XX__   JURY VERDICT. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_____   DECISION by COURT. This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the jury finds the County of Schoharie, County of Schenectady, EMSA Correctional Care, Inc., Phyllis Harrison liable to Byron Lake for Damages. Jury does not find WJ Duke Dufresne liable to Byron Lake for damages. Compensatory Damages awarded to pltf in the amount of $150,000 and punitive damages against EMSA awarded to pltf in amount of $632,988, all in accordance with the rendered Jury Verdict handed up on 7/15/05.

**DATE: July 15 2005**                     _LAWRENCE K. BAERMAN_

                                                                CLERK OF THE COURT

                                                                s/WILLIAM J. GRIFFIN

By: _____

                                                                    DEPUTY CLERK