UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

BYRON LAKE                                           CIVIL ACTION NO. 01-1284

VERSUS                                               JUDGE DONALD E. WALTER

SCHOHARIE COUNTY, ET AL.

## FINAL JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge issued on May 16, 2006 [Doc. #138], and having thoroughly reviewed the record, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Magistrate's Report and Recommendation [doc. #138] be **APPROVED AS WRITTEN**.

**IT IS FURTHER ORDERED** that the Court's Amended Judgment of January 3, 2006 [doc. #123] be **ADOPTED AS FINAL**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 10 day of July, 2006.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE